John D. Stem, Respondent, v. Benjamin V. W. Owens, Appellant.— Motion for reargument denied, without costs. The judgment was affirmed because the evidence relating to the assignment of the claim upon the stock subscription was improperly received, as the assignment was made after the commencement of the action. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Alexis Witte, Respondent, v. Elizabeth Koerner, Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Wilbur B. Wood and Another, Respondents, v. Charles C. Wise and Another, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Walter L. Benn, Appellant, v. Harry H. Greenburg, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Joseph A. Carey, Suing for the Benefit of Josie E. Gauthier, Appellant, v. Gottlieb Heim and Mary Philomena Heim, Respondents.— Judgment reversed and new trial granted, with costs to the appellant to abide the event, on the authority of *Carey* v. *Lange* (*ante*, p. 372), decided herewith. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Michele D'Autilia, Respondent, v. New York City Drug Mills, The Gregory Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

William J. Dowling, Respondent, v. Alice M. Hastings, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Thomas, Woodward and Rich, JJ., concurred; Burr, J., dissented upon the ground that, whether Dowling paid the judgment as agent of Brown or was a mere volunteer, the debt was extinguished by payment. In the absence of evidence whether the bank received the money in payment or for purchase, the presumption would be that it was for payment. There is nothing to overcome that presumption.